United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                         Case No. 20-51358-KMS
ELIZABETHE KATHERINE SELLE                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                           User: mssbad                                                  Page 1 of 3
Date Rcvd: Sep 30, 2025                                 Form ID: 3180W                                        Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ELIZABETHE KATHERINE SELLE, 910 Park Row Ave, Long Beach, MS 39560-4800 |
| cr | + | Gulf Coast Community Federal Credit Union, Byrd & Wiser, PO Box 1939, Biloxi, MS 39533-1939 |
| 4928744 | | Arm, Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 4929655 | + | First Heritage Credit of Mississippi, LLC d/b/a, 1st Heritage Credit, First Heritage Credit, 12373 Hwy 49 Ste 2, Gulfport MS 39503-2980 |
| 4928755 | + | Redd Pest Control, 9215 Hwy 49, Gulfport, MS 39503-4317 |
| 4933009 | + | Robert Alan Byrd, Esq., Byrd & Wiser, for Gulf Coast Community Federal Credit, 145 Main Street, PO Box 1939, Biloxi, MS 39533-1939 |
| 4928761 | | Waste Management, P.O. Box 55558, Boston, MA 02205-5558 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 30 2025 23:30:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4928745 | | EDI: ATTWIREBK.COM | Sep 30 2025 23:30:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4931123 | + | EDI: CRFRSTNA.COM | Sep 30 2025 23:30:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 4928746 | + | EDI: CAPITALONE.COM | Sep 30 2025 23:30:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4933553 | + | EDI: AIS.COM | Sep 30 2025 23:30:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4931272 | + | EDI: AIS.COM | Sep 30 2025 23:30:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4928747 | + | EDI: CAPITALONE.COM | Sep 30 2025 23:30:00 | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4928748 | + | EDI: WFNNB.COM | Sep 30 2025 23:30:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 4928749 | | EDI: CRFRSTNA.COM | Sep 30 2025 23:30:00 | Credit First National, PO Box 81315, Cleveland, OH 44181-0315 |
| 4928750 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2025 19:42:17 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 4928751 | | EDI: CBS7AVE | Sep 30 2025 23:30:00 | Dr Leonards, P.O. Box 2852, Monroe, WI 53566-8052 |
| 4928752 | + | Email/Text: bankruptcy@curo.com | Sep 30 2025 19:34:00 | First Heritage, 12373 Hwy 49, Suite 2, Gulfport, MS 39503-2980 |
| 4928753 | + | Email/Text: msd@gcc-fcu.com | Sep 30 2025 19:34:00 | Gulf Coast Community F, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 4932697 | + | Email/Text: msd@gcc-fcu.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 30 2025 19:34:00 | Gulf Coast Community Federal CU, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 4944368 | + | Email/Text: bankruptcy@towerloan.com | Sep 30 2025 19:33:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4930561 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 19:42:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4932495 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2025 19:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4928754 | + | EDI: AGFINANCE.COM | Sep 30 2025 23:30:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4930954 | + | EDI: AGFINANCE.COM | Sep 30 2025 23:30:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4948653 | | EDI: PRA.COM | Sep 30 2025 23:30:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5207982 | + | EDI: PRA.COM | Sep 30 2025 23:30:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4948595 | | EDI: Q3G.COM | Sep 30 2025 23:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4928756 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 19:42:05 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 4928757 | + | Email/Text: bkinfo@ccfi.com | Sep 30 2025 19:33:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4932823 | + | Email/Text: bkinfo@ccfi.com | Sep 30 2025 19:33:00 | Speedy/Rapid Cash, 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |
| 4928758 | + | EDI: SYNC | Sep 30 2025 23:30:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4950472 | + | EDI: AIS.COM | Sep 30 2025 23:30:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4928759 | + | EDI: SYNC | Sep 30 2025 23:30:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 4928760 | | Email/Text: bankruptcy@towerloan.com | Sep 30 2025 19:33:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC |
| cr | *+ | Speedy/Rapid Cash, 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 30, 2025 | Form ID: 3180W | Total Noticed: 36 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John E. Tucker | on behalf of Creditor Gulfco of Mississippi LLC jtucker@towerloan.com |
| Robert Alan Byrd | on behalf of Creditor Gulf Coast Community Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor ELIZABETHE KATHERINE SELLE trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

| | |
|---|---|
| *Information to identify the case:* | |
| Debtor 1 **ELIZABETHE KATHERINE SELLE** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0251 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:  **20–51358–KMS** | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**ELIZABETHE KATHERINE SELLE**

Dated: 9/30/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**